Douglas E. Grover
Partner

212 612-0681
dgrover@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

October 21, 2019

**BY ECF**
Honorable Richard M. Berman
Senior United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St
New York, NY 10007

Re:   ***United States v. George Papadakos***
      **Docket No.:   0208 1: 19 CR 459-01 (RMB)**

Dear Judge Berman:

Your Honor will recall that we represent the defendant, George Papadakos, in the above-referenced matter.  I am writing to supplement our previous submission which we filed with the Court on September 18, 2019, in anticipation of Mr. Papadakos' sentencing, which is now scheduled for October 24, 2019.

Attached hereto is a report from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  As we explained in our initial sentence letter, ▮▮▮ illness is one of a number of factors that we believe warrants the Court's consideration of a probationary sentence.

Because the letter from ▮▮▮▮▮▮▮ contains personal and sensitive medical information, we request that it, and portions of this letter, be redacted in their entirety in any public filing or record.  We have enclosed a copy of ▮▮▮▮▮▮▮ report and this letter with highlighted proposed redactions for the Court and the government's review.

Finally, we wish to inform the Court that we have in our possession cashier's checks to cover the full restitution and forfeiture.

Sincerely,

*/s/ Douglas E. Grover*

Douglas E. Grover

Honorable Richard M. Berman
October 21, 2019
Page 2 of 2 Pages

Copies To (By Email):
AUSA Michael Neff [michael.neff2@usdoj.gov]
AUSA Michael McGinnis [Michael.McGinnis@usdoj.gov]