**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,          :
                                   :
                    Government,    :          19 CR. 459 (RMB)
                                   :
          - against -              :          **ORDER**
                                   :
GEORGE PAPADAKOS,                  :
                    Defendant.     :
-------------------------------------------------------------------x

The conference currently scheduled for Wednesday, January 8, 2020, at 9:00 a.m.

is hereby rescheduled to 1:00 p.m. on the same date.

Dated: New York, New York
       January 7, 2020



.RICHARD M. BERMAN
U.S.D.J.